Van E. Peterson, Receiver, appellee, v. Charles A. Long et al.: George H. Birchard, appellant.

Filed February 6, 1931. No. 27486.

*Sanden, Anderson, Laughlin & Gradwohl* and *Frank A. Anderson,* for appellant.

*Perry, Van Pelt & Marti, contra.*

Heard before Goss, C. J., Rose, Dean, Good, Thompson, Eberly and Day, JJ.

Per Curiam.

Plaintiff brought this action in the district court for Phelps county to recover against defendants their statutory double liability as stockholders in the Holdrege State Bank. Defendant Birchard has appealed from a decree in favor of plaintiff.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

Affirmed.